UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA FOY JOHNSON, individually, and on behalf of the ESTATE of DONALD JOHNSON, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C/A No.: 4:16-CV-256-WTM-GRS<br>) |
| CORIZON HEALTH, INC., a Tennessee Corporation; CORIZON LLC, a Missouri limited liability company; JOHN WILCHER in his capacity as CHATHAM COUNTY SHERIFF; CLAYTON M. RAMSU, M.D.; and JOSEPH G. MOYSE, M.D., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff, by and through the undersigned counsel, and hereby moves the Court for an order withdrawing Cameron C. Kuhlman as counsel of record due to his resignation from The Claiborne Firm, PC. William R. Claiborne of The Claiborne Firm, PC will continue to serve as lead counsel for Plaintiff.

A proposed Order is attached hereto.

This 30th day of May, 2017.

DUFFY & FEEMSTER

*/s/ Cameron C. Kuhlman*
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorney for Plaintiff*

236 E Oglethorpe Ave
Savannah, Georgia 31401
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Motion to Withdraw as Counsel upon all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

I further certify that I served the following parties via US Mail, addressed as follows:

Emily C. Ward, Esq
Eric J. Frisch, Esq.
Thomas S. Carlock, Esq.
Carlock, Copeland & Stair, LLC
191 Peachtree Street, NE
Suite 3600
Atlanta, GA 30303-1740
*Attorneys for Defendants Corizon Health, Inc., a Tennessee Corporation*
AND
*Corizon LLC, a Missouri limited liability company*
AND
*Clayton M. Ramsu, M.D.*

Benjamin Mason Perkins, Esq.
Oliver Maner, LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412-0386
*Attorney for Defendant John Wilcher, in his capacity as Chatham County Sheriff*

Philip A. Henderson, Esq.
Insley & Race, LLC
The Mayfair Royal
181 14th Street, NE., Suite 200
Atlanta, GA 30309
*Attorney for Defendant Joseph G. Moyse, M.D.*

DUFFY & FEEMSTER

*/s/ Cameron C. Kuhlman*
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorney for Plaintiff*

236 E Oglethorpe Ave
Savannah, Georgia 31401
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com