UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SANDRA FOY JOHNSON, Individually, and on behalf of the ESTATE of DONALD JOHNSON, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:16-CV-00256-WTM-GRS |
| CORIZON HEALTH INC., a Tennessee Corporation; CORIZON LLC, a Missouri limited liability company; JOHN WILCHER in his capacity as CHATHAM COUNTY SHERIFF; CLAYTON M. RAMSU, M.D.; and JOSEPH G. MOYSE, M.D., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW THE CLAIBORNE FIRM, P.C. and respectfully request to be allowed to withdraw from the above-styled action.

Counsel hereby certifies that the party-clients were notified of the attorney's intent to withdraw on the 12th day of May, 2017, in person via hand delivery, and said notice complied with the requirements of Local Rule 83.7 (Exhibit A).

Counsel further notes that on May 18, 2017, party-clients picked up a complete copy of her entire file from The Claiborne Firm, P.C. (Exhibit B).

This Motion has been filed with the Clerk of this Court and will be served upon the party-clients and all other parties by electronic means.

Respectfully submitted, this 1st day of June, 2017.

                                        THE CLAIBORNE FIRM, P.C.

                                        */s/: William R. Claiborne*
                                        William R. Claiborne
                                        Georgia Bar Number: 126363
                                        Attorney for Plaintiff

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA FOY JOHNSON, Individually, and on behalf of the ESTATE of DONALD JOHNSON, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 4:16-CV-00256-WTM-GRS ) |
| CORIZON HEALTH INC., a Tennessee Corporation; CORIZON LLC, a Missouri limited liability company; JOHN WILCHER in his capacity as CHATHAM COUNTY SHERIFF; CLAYTON M. RAMSU, M.D.; and JOSEPH G. MOYSE, M.D., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Plaintiff's Motion to Withdraw as Counsel to Plaintiff upon the following counsel of record:

**Thomas S. Carlock, Esq.**
**Eric Frisch, Esq.**
**Emily Ward, Esq.**
**Carlock, Copeland & Stair, LLC**
**191 Peachtree Street NE**
**Suite 3600**
**Atlanta, GA 30303**

**Brynda Rodriguez Insley**
**Insley & Race, LLC**
**The Mayfair Royal**
**181 14th Street, Suite 200**
**Atlanta, GA 30309**

**Benjamin M. Perkins**
**Oliver Maner**
**P.O. Box 10186**
**Savannah, Ga 31412**

**Sandra F. Johnson**
**1464 41st Street**
**Savannah, Georgia 31404**

Respectfully submitted, this 1st day of June, 2017.

                                      THE CLAIBORNE FIRM, P.C.

                                      */s/: William R. Claiborne*
                                      William R. Claiborne
                                      Georgia Bar Number: 126363
                                      Attorney for Plaintiff

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile