## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| SANDRA FOY JOHNSON, individually, | ) | |
| And on behalf of the ESTATE OF DONALD | ) | |
| JOHNSON, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO.: |
| | ) | 4:16-CV-00256-WTM-GRS |
| CORIZON HEALTH, INC., a Tennessee | ) | |
| Corporation; CORIZON LLC, a Missouri | ) | |
| Limited liability company; JOHN WILCHER | ) | |
| In his capacity as CHATHAM COUNTY | ) | |
| SHERIFF; CLAYTON M. RAMSU, MD; | ) | |
| And JOSEPH G. MOYSE, MD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR DEFENDANT JOSEPH G. MOYSE, MD

COMES NOW Defendant Joseph G. Moyse, MD, by and through the undersigned counsel, and hereby moves the Court for an Order withdrawing Philip A. Henderson, Esq. as counsel of record due to his resignation from the law firm of Insley & Race, LLC.  Brynda Rodriguez Insley, Esq. will continue to serve as lead counsel for Defendant Joseph G. Moyse, MD.

A proposed Order is attached hereto.

This 26th day of June, 2017.

Respectfully submitted,

*/s/ Brynda Rodriguez Insley*
BRYNDA RODRIGUEZ INSLEY
Georgia Bar No. 611435

*Attorney for Defendant*
*Joseph Moyse, MD*

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, Suite 200
Atlanta, Georgia 30309
(404) 876-9818
binsley@insleyrace.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have electronically filed the MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JOSEPH G. MOYSE, MD upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

**<u>Plaintiff Pro Se:</u>**
Sandra F. Johnson
1464 41st Street
Savannah, GA  31404

**<u>Attorneys for Corizon Health, Inc.,</u>**
**<u>Corizon, LLC and Clayton M. Ramsu, MD:</u>**
Tom Carlock, Esq.
Eric Frisch, Esq.
Carlock Copeland & Stair
191 Peachtree Street
Suite 3600
Atlanta, GA 30303

**<u>Attorneys for John Wilcher:</u>**
Benjamin M. Perkins, Esq.
Oliver Maner, LLP
P. O. Box 10186
Savannah, GA 31412

This 26th day of June, 2017.

/s/ Brynda Rodriguez Insley
BRYNDA RODRIGUEZ INSLEY
Georgia Bar No. 611435

*Attorney for Defendant*
*Joseph Moyse, MD*

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, Suite 200
Atlanta, Georgia 30309
(404) 876-9818
binsley@insleyrace.com