UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA FOY JOHNSON, individually, and on behalf of the ESTATE OF DONALD JOHNSON, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CORIZON HEALTH, INC., a Tennessee Corporation; CORIZON LLC, a Missouri limited liability company; JOHN WILCHER in his capacity as CHATHAM COUNTY SHERIFF; CLAYTON M. RAMSU, M.D.; and JOSEPH G. MOYSE, M.D., <br><br> Defendants. | Civil Action No.: 4:16-CV-256-WTM-GR |

## MOTION FOR RECONSIDERATION

NOW COME Plaintiffs and request that the Court reconsider its August 7, 2017, Order denying Plaintiffs' Motion to Extend Discovery. Notwithstanding that the Court issued a Scheduling Order in December 2016 allowing over seven months for the parties to identify experts and complete fact discovery, the Court specifically notes in its Order that Plaintiffs did nothing past serving their initial disclosures. By June 28, 2017, the Court's original Scheduling Order indicated that Plaintiffs needed to identify expert witnesses. None were identified.

Plaintiffs simply want to notify the Court that their prior counsel did not diligently prosecute their case between December 2016 and June 2017 when Plaintiffs' prior counsel

withdrew.  Since Plaintiffs' prior counsel did not diligently pursue discovery, Plaintiffs are now totally without the means to adequately litigate their case.  Plaintiffs simply wanted to request any reconsideration on the Court's part in their reliance on prior counsel which has now jeopardized their entire case.

Accordingly, Plaintiffs request that the Court reconsider its Motion and allow <u>at least</u> a minimum of <u>three</u> <u>months</u> for all new discovery dates.

Respectfully submitted this __14TH__ day of August, 2017.

>HAROLD J. CRONK, P.C.
>Professional Corporation
>
>BY: _____
>HAROLD J. CRONK
>STATE BAR NO. 197397

49 Park of Commerce Way
Suite 101
Savannah, Georgia 31405
(912) 236-4878

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served all counsel of record in the foregoing matter with a copy of this document

_____   by hand delivery; or

__✓__   by placing a copy of the same in the United States mail with adequate postage thereon addressed as follows:

| | |
|---|---|
| Joe Cronk, Esq.<br>Joe Cronk, P.C.<br>49 Park of Commerce Way<br>Suite 101<br>Savannah, GA  31405 | Benjamin Perkins, Esq.<br>Oliver Maner, LLP<br>P. O. Box 101816<br>Savannah, GA  31412 |
| Gregory N. Crawford, Esq.<br>1111 Bull Street<br>Savannah, GA  31401 | Thomas S. Carlock, Esq.<br>Eric J. Frisch, Esq.<br>Carlock, Copeland & Stair, LLP<br>191 Peachtree St., N.E.<br>Suite 3600<br>Atlanta, GA  30303 |
| Brynda R. Insley, Esq.<br>Insley & Race<br>181 14th St., N.E., Ste. 200<br>Atlanta, GA  30309 | Jennifer Burns, Esq.<br>Assistant County Attorney<br>P. O. Box 8161<br>Savannah, GA  31401 |

This __14th__ day of August, 2017.

HAROLD J. CRONK, P.C.
Professional Corporation

BY: _____
HAROLD J. CRONK
ATTORNEY FOR PLAINTIFFS
STATE BAR NUMBER: 197397

49 Park of Commerce Way
Suite 101
Savannah, Georgia 31405
912-236-4878