IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA FOY JOHNSON, individually, And on behalf of the ESTATE OF DONALD JOHNSON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; CORIZON LLC, a Missouri Limited liability company; JOHN WILCHER In his capacity as CHATHAM COUNTY SHERIFF; CLAYTON M. RAMSU, MD; And JOSEPH G. MOYSE, MD,<br><br>Defendants. | CIVIL ACTION FILE NO.: 4:16-CV-00256-WTM-GRS |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Sandra Foy Johnson and Defendants Corizon Health, Inc., Corizon LLC, Clayton M. Ramsue, M.D. (wrongfully identified as "Clayton M. Ramsu, M.D."), Sheriff John T. Wilcher, and Joseph G. Moyse, MD, by and hereby stipulate under Federal Rule of Civil Procedure 41(1)(a)(ii) that this action be dismissed without prejudice as to all claims, causes of actions, and parties. Plaintiff Sandra Foy Johnson also stipulates that prior to any renewal of this action against any, or all, of the Defendants, she will reimburse the Defendants in the

amount of $7,000.00 for the costs and fees incurred for expert witnesses identified

by Defendants: Winston H. Gandy, Jr., M.D. and Thomas D. Fowlkes, M.D. PA.

This 15TH day of September, 2017.

_____
Harold J. Cronk, Esq.
Georgia Bar No. 197397
*Attorney for Plaintiff*

Harold J. Cronk PC
49 Park of Commerce Way
Suite 101
Savannah, GA 31405
912-236-4878

_____
BRYNDA RODRIGUEZ INSLEY
Georgia Bar No. 611435
*Attorney for Defendant
Joseph Moyse, MD*

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, Suite 200
Atlanta, Georgia 30309
Telephone: (404) 876-9818
binsley@insleyrace.com

/s/ Thomas S. Carlock

Thomas S. Carlock, Esq.
Georgia Bar No. 110200
Eric J. Frisch, Esq.
Georgia Bar No. 261683
*Attorneys for Defendants Corizon Health, Inc., Corizon, LLC and Clayton M. Ramsue, MD*

Carlock Copeland & Stair
191 Peachtree Street
Suite 3600
Atlanta, GA 30303
404-522-8220
tcarlock@carlockcopeland.com
efrisch@carlockcopeland.com

/s/ Benjamin M. Perkins

Benjamin M. Perkins, Esq.
Georgia Bar No. 140997
*Attorney for Defendant John Wilcher*

Oliver Maner, LLP
P. O. Box 10186
Savannah, GA 31412
912-236-3311
bperkins@olivermaner.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the STIPULATION OF DISMISSAL upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

**Attorney for Plaintiff**
Harold J. Cronk, Esq.
Harold J. Cronk PC
49 Park of Commerce Way
Suite 101
Savannah, GA 31405

**Attorneys for Corizon Health, Inc., Corizon, LLC and Clayton M. Ramsue, MD:**
Tom Carlock, Esq.
Eric Frisch, Esq.
Carlock Copeland & Stair
191 Peachtree Street, Suite 3600
Atlanta, GA 30303

**Attorneys for John Wilcher:**
Benjamin M. Perkins, Esq.
Oliver Maner, LLP
P. O. Box 10186
Savannah, GA 31412